In our opinion such determination by the village board of trustees is a duty specifically enjoined upon them by section 53 of the Village Law which they have failed to perform. (See *Matter of Frame,* 69 Misc. 568.) Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. Settle order on notice.

In the Matter of the Accounting of ROY C. GASSER, as Trustee, and WILLIAM H. HAYES, as Substituted Trustee and as Surviving Executor of EMERY L. FERRIS, Deceased Substituted Trustee, under an Indenture of Trust Made by WILLIAM K. VANDERBILT. MURIEL V. ADAMS et al., Appellants; GUARANTY TRUST COMPANY OF NEW YORK, as Executor of WILLIAM K. VANDERBILT, Deceased, Respondent. (Appeal No. 1.) MURIEL V. ADAMS et al., Appellants; WILLIAM H. HAYES, as Surviving Executor of EMERY L. FERRIS, Deceased Substituted Trustee, and as Substituted Trustee, et al., Respondents. (Appeal No. 2.) (Consolidated appeals.) — No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ. [See *post,* p. 666.]

In the Matter of JOSEPH E. MACFARLAND, Respondent, against TOWN OF NORTH HEMPSTEAD, Appellant.—